

# Fourth Court of Appeals
## San Antonio, Texas

November 25, 2019

No. 04-19-00814-CR

Raymond Andrew **DEBA,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 227th Judicial District Court, Bexar County, Texas
Trial Court No. 2005CR0956
Honorable Philip A. Kazen, Jr., Judge Presiding

# O R D E R

The trial court's certifications in these consolidated appeals state that the criminal case, "is a plea-bargain case, and the defendant has NO right of appeal." The certifications further state, "[T]he defendant has waived the right of appeal." Rule 25.2(d) of the Texas Rules of Appellate Procedure provides, "The appeal must be dismissed if a certification that shows the defendant has a right of appeal has not been made part of the record under these rules." TEX. R. APP. P. 25.2(d). It is therefore ORDERED that these appeals will be dismissed pursuant to Rule 25.2(d) of the Texas Rules of Appellate Procedure unless appellant causes amended trial court certifications to be filed within thirty days from the date of this order, showing appellant has the right of appeal. *See* TEX. R. APP. P. 25.2(d); 37.1; *see also Dears v. State*, 154 S.W.3d 610 (Tex. Crim. App. 2005); *Daniels v. State*,110 S.W.3d 174 (Tex. App.—San Antonio 2003, no pet.). All other appellate deadlines are SUSPENDED pending our resolution of the certification issue.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 25th day of November, 2019.



MICHAEL A. CRUZ,
Clerk of Court